DAN SIEGEL, SBN 56400
PETER HABERFELD, SBN 041723
VYLMA ORTIZ, SBN 188298
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiffs
JESSE BLOUNT III,
STEVE PARKER,
and TIFFANY PEREZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLOUNT III, STEVE PARKER, and TIFFANY PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>MORGAN STANLEY SMITH BARNEY LLC., and JIM NIELSEN, as an individual,<br><br>Defendants. | Case No. C-11-02227 MEJ<br><br>**REQUEST FOR CONTINUANCE TO FILE JOINT CASE MANAGEMENT STATEMENT AND RULE 26((f) REPORT, AND ~~PROPOSED~~ ORDER**<br><br>Courtroom B, 15th Floor<br>Hon. Maria-Elena James |

On May 6, 2011, the Court issued an ADR Scheduling Order setting August 11, 2011 as the deadline for filing a Joint Case Management Statement in the above-entitled matter. On May 12, plaintiffs agreed with defendants' attorneys, who were retained by defendants for the sole purpose of attempting to mediate a settlement with plaintiffs, to attempt informal mediation. Plaintiffs agreed not to serve their complaint until mediation efforts were completed. On July 18, 2011, plaintiffs canceled the mediation session that had been scheduled for August 2, 2011 and notified defendants' attorneys

*Blount v. Morgan Stanley Smith Barney LLC.*, Case No.
Verified Complaint - 1

that they would serve the complaint on defendants. On July 22, 2011, plaintiffs mailed to defendants a Notice of Lawsuit and Request to Waive Service of Summons and a form enabling them to waive service of summons. Defendants have thirty days from that date to respond. To this date, defendants have not entered an appearance in this matter. Plaintiffs therefore are unable to enter a joint case management statement that complies with the Court's deadline.

Dated: August 11, 2011

Respectfully submitted,

SIEGEL & YEE

By: /s/ Peter Haberfeld
Peter Haberfeld

Attorneys for Plaintiffs
Jesse Blount III, Steve Parker and Tiffany Perez

## ORDER GRANTING CONTINUANCE

Plaintiffs' Request for Continuance to File a Joint Case Management Statement and Rule 26(f) Report is granted because defendants have not yet filed an appearance in this case and therefore plaintiffs have been unable to enter a joint case management statement to meet the deadline set by this Court on May 6, 2011. The deadline for filing the Joint Case Management Statement and Rule 26(f) Report is continued until September 29, 2011. The cmc is scheduled for October 6, 2011 at 10:00 a.m. All dates are adjusted accordingly.

IT IS SO ORDERED

Dated: August 12, 2011

_____
UNITED STATES COURT JUDGE

*Blount v. Morgan Stanley Smith Barney LLC.*, Case No.
Verified Complaint - 2