UNITED STATES DISTRICT COURT

Northern District of California

JESSE BLOUNT III

                Plaintiff(s),
  v.

MORGAN STANLEY SMITH BARNEY LLC

                Defendant(s).
                                       /

No. C 11-02227 MEJ

**ORDER DIRECTING DEFENDANT TO FILE CONSENT/DECLINATION FORM**

      Pending before the Court is Defendant's pro hac vice application. Upon review of the record in this action, the Court notes that Defendant has not filed a written consent to magistrate judge jurisdiction jurisdiction. This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

      You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Defendant shall inform the Court whether Defendant consents to magistrate judge jurisdiction or requests reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, choose "Forms" and then "Civil Forms." The consent/declination form shall be filed by September 9, 2011.

      **IT IS SO ORDERED.**

Dated: August 29, 2011

                                                                                   Maria-Elena James
                                                                                  Chief United States Magistrate Judge