UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLOUNT III, | No. C-11-02227 CRB (DMR) |
| Plaintiff(s), | **NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER** |
| v. | |
| MORGAN STANLEY SMITH BARNEY LLC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint letter regarding their discovery dispute. [Docket No. 68.] You are hereby notified that a hearing regarding the dispute is set for November 8, 2012 at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

Counsel should be prepared to meet and confer in the courthouse to resolve their remaining discovery disputes after the hearing.

IT IS SO ORDERED.

Dated: October 26, 2012

DONNA M. RYU
United States Magistrate Judge