DAN SIEGEL, SBN 56400
PETER HABERFELD, SBN 041723
VYLMA ORTIZ, SBN 188298
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiffs
JESSE BLOUNT III,
STEVE PARKER,
and TIFFANY PEREZ

[Additional counsel, next page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLOUNT III, STEVE PARKER, and TIFFANY PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>MORGAN STANLEY SMITH BARNEY LLC., and JIM NIELSEN, as an individual,<br><br>Defendants. | Case No. C11-02227-CRB (DMR)<br><br>**STIPULATION AND ORDER RE: DISPOSITIVE MOTION DEADLINES** |

**STIPULATION AND [PROPOSED] ORDER RE: DISPOSITIVE MOTION DEADLINES,** Case No. C11-02227-CRB (DMR)

L. JULIUS M. TURMAN, SBN 226126
SACHA M. STEENHOEK, SBN 253743
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
Email: jturman@morganlewis.com
Email: ssteenhoek@morganlewis.com

DARYL S. LANDY, SBN 136288
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
Email: dlandy@morganlewis.com

MARK S. DICHTER, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001
Email: mdichter@morganlewis.com

Attorneys for Defendants
MORGAN STANLEY SMITH BARNEY LLC and JIM NIELSEN

**STIPULATION AND [PROPOSED] ORDER RE: DISPOSITIVE MOTION DEADLINES,** Case No. C11-02227-CRB (DMR)

**STIPULATION**

WHEREAS, Plaintiffs filed the initial Complaint in this action on May 6, 2011;

WHEREAS, discovery concluded by agreement between the parties on November 19, 2012, and the parties completed the last deposition on November 12, 2012;

WHEREAS, on December 18, 2012, the parties filed a Stipulation and Proposed Order Granting Parties' Request to Refer Case to Private ADR, and on December 19, 2012, this Court signed the Proposed Order;

WHEREAS, pursuant to the Stipulation regarding private ADR, the parties have agreed to participate in a private mediation session to occur on February 20, 2013;

WHEREAS, in the event the mediation is unsuccessful, the parties wish to establish a deadline for filing and hearing dispositive motions and a procedure for scheduling trial, if necessary.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties through their respective attorneys of record, that the following schedule be set:

1. Dispositive motions, if any, must be filed by no later than March 22, 2013;
2. In accordance with Civil Local Rule 7-2, any such motions must be filed, served and noticed in writing on this Court's motion calendar for hearing no less than thirty-five days after service of the motion, but in no event later than April 26, 2013, or as soon thereafter as the Court may hear the motion.
3. If mediation or dispositive motions do not resolve this action in its entirety, the parties request that the Court schedule a case management conference ten days after the Court issues its order(s) on the dispositive motion(s), or at a date thereafter as the Court selects, for the purpose of setting a trial date and pre-trial deadlines.

**STIPULATION AND [PROPOSED] ORDER RE: DISPOSITIVE MOTION DEADLINES,** Case No. C11-02227-CRB (DMR)

| | | |
|---|---|---|
| 1 | Dated: December 20, 2012 | SIEGEL & YEE |
| 2 | | |
| 3 | | By: /s/ Peter Haberfeld |
| | | (as authorized on 12/20/2012) |
| 4 | | Attorneys for Plaintiffs |
| | | JESSE BLOUNT III, STEVE PARKER |
| 5 | | And TIFFANY PEREZ |
| 7 | Dated: December 20, 2012 | MORGAN LEWIS & BOCKIUS LLP |
| 8 | | By: /s/Daryl S. Landy |
| | | Attorneys for Defendants |
| 9 | | MORGAN STANLEY SMITH BARNEY |
| 10 | | LLC and JIM NIELSEN |

## **ORDER**

IT IS HEREBY ORDERED THAT Good Cause appearing, the parties' Stipulation regarding the scheduling of dispositive motions deadlines, dispositive motion hearing, and trial setting conference is GRANTED as follows:

1. Dispositive motions, if any, must be filed by no later than March 22, 2013;
2. In accordance with Civil Local Rule 7-2, any such motions must be filed, served and noticed in writing on this Court's motion calendar for hearing no less than thirty-five days after service of the motion, but in no event later than April 26, 2013, or as soon thereafter as the Court may hear the motion.
3. If mediation or dispositive motions do not resolve this action in its entirety, the Court will schedule a case management conference ten days after the Court issues its order(s) on the dispositive motion(s), or at a date thereafter as the Court selects, for the purpose of setting a trial date and pre-trial deadlines.

Dated:  January 3, 2013



_____
UNITED STATES DISTRICT COURT JUDGE

EU1/ 51317189.2

---

3

**STIPULATION AND [PROPOSED] ORDER RE: DISPOSITIVE MOTION DEADLINES,** Case No. C11-02227-CRB (DMR)