DAN SIEGEL, SBN 56400
PETER HABERFELD, SBN 041723
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
JESSE BLOUNT III

[Additional counsel, next page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLOUNT III<br>　　　　Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY SMITH BARNEY LLC., and JIM NIELSEN, as an individual,<br><br>　　　　Defendants. | Case No. C11-02227-CRB (DMR)<br><br>**STIPULATION REQUESTING ORDER TO CHANGE DISPOSITIVE MOTION DEADLINES, ATTACHED DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT THEREOF, AND [PROPOSED] ORDER**<br><br>Civ. L.R. 6-2<br><br>Hon. Judge Charles R. Breyer |

Stipulation and [Proposed] Order re: Dispositive Motion Deadlines (Civ. L. R. 6-2)
*Blount et al. v. MSSB et al.* (Case No. C11-02227-JCRB (DMR)   1

```
 1  L. JULIUS M. TURMAN, SBN 226126
    SACHA M. STEENHOEK, SBN 253743
 2  MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
 3  San Francisco, California 94105-1126
    Telephone:  415.442.1000
 4  Facsimile:  415.442.1001

 5  DARYL S. LANDY, SBN 136288
    MORGAN, LEWIS & BOCKIUS LLP
 6  2 Palo Alto Square
    3000 El Camino Real, Suite 700
 7  Palo Alto, California 94306
    Telephone:  650.843.4000
 8  Facsimile:  650.843.4001

 9  MARK S. DICHTER, Admitted Pro Hac Vice
10  MORGAN, LEWIS & BOCKIUS LLP
    1701 Market Street
11  Philadelphia, Pennsylvania 19103
    Telephone:  215.963.5000
12  Facsimile:  215.963.5001
    Attorneys for Defendants
13
    MORGAN STANLEY SMITH BARNEY LLC
14  and JIM NIELSEN
```

## STIPULATION

WHEREAS, defendants filed a Motion for Summary Judgment on March 22, 2013;.

WHEREAS, currently plaintiff's Opposition to defendants' Motion is due on April 5, 2013, defendants Reply is due on April 12, 2013 and the hearing date is set for April 26, 2013;

WHEREAS, defendants' Motion for Summary Judgment and accompanying declarations and exhibits total 1073 pages;

WHEREAS, plaintiff's counsel Peter Haberfeld declares in the attached Declaration that he has sole responsibility for preparing and filing plaintiff's Opposition to Defendants' Motion for Summary Judgment, and also has primary responsibility for a mediation on April 16, 2013, and preparing for a trial set for May 20, 2013, in a case pending in the U.S. Court, Eastern District, in Sacramento, California;

WHEREAS, plaintiff's counsel Peter Haberfeld declares in the attached Declaration that plaintiff's lead counsel, Dan Siegel, is out of the country until April 16, 2013 , and it will be time-consuming to reach him for consultation and approval before he returns;

WHEREAS, plaintiff's counsel Peter Haberfeld declares in the attached Declaration that as a result of the complexity and extent of the Motion for Summary Judgment, he needs the additional time sought by this Stipulation in order to prepare adequately and file plaintiff's Opposition to the Motion for Summary Judgment; and

WHEREAS, to accommodate the new briefing schedule and based on counsel's availability and the Court's availability, the parties agree to reschedule the hearing on defendants' Motion for Summary Judgment to June 21, 2013, or as soon thereafter as

the Court may hear the Motion.

**THEREFORE, IT IS HEREBY STIPULATED,** by and between the parties through their respective attorneys of record, that the following schedule be set:

1. The deadline for filing Plaintiff's Opposition to defendants' Motion for Summary Judgment is April 19, 2013;

2. The deadline for filing Defendants' Reply to plaintiff's Opposition to defendants' Motion for Summary Judgment is May 10, 2013;

3. The hearing date for the Motion for Summary Judgment will be postponed and rescheduled to June 21, 2013, or as soon thereafter as the Court may hear the Motion; and

4. If mediation or dispositive motions do not resolve this action in its entirely, per prior Stipulation and Order, the parties request that the Court schedule a case management conference ten days after the Court issues its order(s) on the Motion for Summary Judgment, or at a date thereafter as the Court selects, for the purpose of setting a trial date and pre-trial deadlines.

Dated: March 26, 2013                                SIEGEL& YEE

                                                     By: /s/Peter Haberfeld

                                                     Attorneys for Plaintiff
                                                     JESSE BLOUNT III

Dated: March 26, 2013                                MORGAN LEWIS & BOCKIUS LLP

Stipulation and [Proposed] Order re: Dispositive Motion Deadlines (Civ. L. R. 6-2)
*Blount et al. v. MSSB et al.* (Case No. C11-02227-JCRB (DMR)    4

| | |
|---|---|
| 1 | By: /s/Daryl S. Landy |
| 2 | Attorneys for Defendants |
| 3 | MORGAN STANLEY SMITH BARNEY LLC and JIM NIELSEN |

Stipulation and [Proposed] Order re: Dispositive Motion Deadlines (Civ. L. R. 6-2)
*Blount et al. v. MSSB et al.* (Case No. C11-02227-JCRB (DMR)    5

## ORDER

IT IS HEREBY ORDERED THAT Good Cause appearing, the parties' Stipulation regarding the scheduling of filing deadlines for plaintiff's Opposition to Defendants' Motion for Summary Judgment, defendants' Reply to Plaintiff's Opposition, the hearing date on the Motion for Summary Judgment, and the trial setting conference is GRANTED as follows:

1. Plaintiff's Opposition to defendants' Motion for Summary Judgment must be filed no later than April 19, 2013.

2. Defendants' Reply to plaintiff's Opposition to defendants' Motion for Summary Judgment must be filed no later than May 10, 2013.

3. The hearing date for defendants' Motion for Summary Judgment is June 21, 2013, or as soon thereafter as the Court may hear the Motion.

4. If the Court does not grant the Motion for Summary Judgment in its entirety, it will schedule a case management conference ten days after the Court issues its order(s) on the Motion for Summary Judgment, or at a date thereafter as the Court selects, for the purpose of setting a trial date and pre-trial deadlines.

Dated: ~~March 2013~~
April 4, 2013



IT IS SO ORDERED
Judge Charles R. Breyer

Stipulation and [Proposed] Order re: Dispositive Motion Deadlines (Civ. L. R. 6-2)
*Blount et al. v. MSSB et al.* (Case No. C11-02227-JCRB (DMR)   6