DAN SIEGEL, SBN 56400
PETER HABERFELD, SBN 041723
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
JESSE BLOUNT III

[Additional counsel, next page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLOUNT III<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY SMITH BARNEY LLC., and JIM NIELSEN, as an individual,<br><br>　　　　　Defendants.<br>_____ | Case No. C11-02227-CRB (DMR)<br><br>**STIPULATION REQUESTING ORDER TO CHANGE DISPOSITIVE MOTION HEARING DATE; ATTACHED DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT THEREOF, AND [PROPOSED] ORDER**<br><br>**Civ. L.R. 6-2**<br><br>Hon. Judge Charles R. Breyer |

---

Stipulation and [Proposed] Order re: Dispositive Motion Hearing Date (Civ. L. R. 6-2)
*Blount et al. v. MSSB et al.* (Case No. C11-02227-JCRB (DMR)    1

1  DARYL S. LANDY, SBN 136288
2  SACHA M. STEENHOEK, SBN 253743
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, California 94105-1126
4  Telephone:   415.442.1000
   Facsimile:   415.442.1001
5

6  MARK S. DICHTER, Admitted *Pro Hac Vice*
   MORGAN, LEWIS & BOCKIUS LLP
7  1701 Market Street
   Philadelphia, Pennsylvania 19103
8  Telephone:   215.963.5000
   Facsimile:   215.963.5001
9  Attorneys for Defendants

10 MORGAN STANLEY SMITH BARNEY LLC
   and JIM NIELSEN
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order re: Dispositive Motion Hearing Date (Civ. L. R. 6-2)
*Blount et al. v. MSSB et al.* (Case No. C11-02227-JCRB (DMR)    2

## STIPULATION

WHEREAS, on March 22, 2013, Defendants filed a Notice of Motion and Motion for Summary Judgment and scheduled a hearing on the Motion for April 26, 2013;

WHEREAS, on March 28, 2013, the parties filed a stipulation to extend Plaintiff's time to oppose Defendants' Motion and to change the date of the hearing on the Motion to June 21, 2013;

WHEREAS, on June 19, 2013, this Court continued the Motion hearing and rescheduled it to July 19, 2013;

WHEREAS, Plaintiff's counsel Dan Siegel declares in the attached Declaration that he will be out of the state on July 19, 2013 and unavailable to attend the hearing on that date; and

WHEREAS, the parties have mutually agreed that the next date on which both the parties and the Court are available is Friday, August 16, 2013.

**THEREFORE, IT IS HEREBY STIPULATED,** by and between the parties through their respective attorneys of record, that the following schedule be set:

1. The hearing date for the Motion for Summary Judgment will be postponed and rescheduled to August 16, 2013, or as soon thereafter as the Court may hear the Motion; and

2. The parties request that if the Court does not grant the Motion for Summary Judgment in its entirety, the Court schedule a case management conference ten days after the Court issues its order(s) on the Motion for Summary Judgment, or at a date thereafter as the Court selects, for the purpose of setting a trial date and pre-trial deadlines.

Dated: June 20, 2013                                  SIEGEL& YEE

                                                      By: /s/Peter Haberfeld

                                                      Attorneys for Plaintiff
                                                      JESSE BLOUNT III


Dated: June 20, 2013                                  MORGAN LEWIS & BOCKIUS LLP

                                                      By: /s/Daryl S. Landy

                                                      Attorneys for Defendants
                                                      MORGAN STANLEY SMITH BARNEY
                                                      LLC and JIM NIELSEN

Stipulation and [Proposed] Order re: Dispositive Motion Hearing Date (Civ. L. R. 6-2)
*Blount et al. v. MSSB et al.* (Case No. C11-02227-JCRB (DMR)      4

**ORDER**

IT IS HEREBY ORDERED THAT Good Cause appearing, the parties' Stipulation regarding the scheduling of the hearing date of Defendants' Motion for Summary Judgment and the case management conference is GRANTED as follows:

1. The hearing date for Defendants' Motion for Summary Judgment is August 16, 2013, or as soon thereafter as the Court may hear the Motion.
2. If the Court does not grant the Motion for Summary Judgment in its entirety, it will schedule a case management conference ten days after the Court issues its order(s) on the Motion for Summary Judgment, or at a date thereafter as the Court selects, for the purpose of setting a trial date and pre-trial deadlines.

Dated: June 28, 2013



_____
Hon. 
United                    dge

Stipulation and [Proposed] Order re: Dispositive Motion Hearing Date (Civ. L. R. 6-2)
*Blount et al. v. MSSB et al.* (Case No. C11-02227-JCRB (DMR))    5