1  DAN SIEGEL, SBN 56400
   PETER HABERFELD, SBN 041723
2  SIEGEL & YEE
3  499 14th Street, Suite 300
   Oakland, CA  94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5

6  Attorneys for Plaintiff
   JESSE BLOUNT III
7
   [Additional counsel, next page]
8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12
                                          ) Case No. C11-02227-CRB (DMR)
13 JESSE BLOUNT III                       )
              Plaintiff,                  ) **STIPULATION REQUESTING**
14                                        ) **ORDER TO CHANGE DISPOSITIVE**
15 vs.                                    ) **MOTION HEARING DATE;**
                                          ) **ATTACHED DECLARATION OF**
16 MORGAN STANLEY SMITH BARNEY            ) **PLAINTIFF'S COUNSEL IN**
   LLC., and JIM NIELSEN, as an individual,) **SUPPORT THEREOF, AND**
17                                        ) [~~PROPOSED~~] **ORDER**
18            Defendants.                 )
   _____ )  **Civ. L.R. 6-2**
19                                        )
                                          ) Hon. Judge Charles R. Breyer
20

21

22

23

24

25

26

27

28

_____
Stipulation and [Proposed] Order re: Dispositive Motion Hearing Date (Civ. L. R. 6-2)
*Blount et al. v. MSSB et al.* (Case No. C11-02227-JCRB (DMR)      1

1  DARYL S. LANDY, SBN 136288
2  SACHA M. STEENHOEK, SBN 253743
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, California  94105-1126
4  Telephone:    415.442.1000
   Facsimile:     415.442.1001
5

6  MARK S. DICHTER, Admitted *Pro Hac Vice*
   MORGAN, LEWIS & BOCKIUS LLP
7  1701 Market Street
   Philadelphia, Pennsylvania  19103
8  Telephone:    215.963.5000
   Facsimile:     215.963.5001
9  Attorneys for Defendants

10 MORGAN STANLEY SMITH BARNEY LLC
   and JIM NIELSEN
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# STIPULATION

WHEREAS, on March 22, 2013, Defendants filed a Notice of Motion and Motion for Summary Judgment and scheduled a hearing on the Motion for April 26, 2013;

WHEREAS, on March 28, 2013, the parties filed a stipulation to extend Plaintiff's time to oppose Defendants' Motion and to change the date of the hearing on the Motion to June 21, 2013;

WHEREAS, on June 19, 2013, this Court continued the Motion hearing and rescheduled it to July 19, 2013;

WHEREAS, Plaintiff's counsel Dan Siegel declares in the attached Declaration that he will be out of the state on July 19, 2013 and unavailable to attend the hearing on that date; and

WHEREAS, the parties have mutually agreed that the next date on which both the parties and the Court are available is Friday, August 16, 2013.

**THEREFORE, IT IS HEREBY STIPULATED,** by and between the parties through their respective attorneys of record, that the following schedule be set:

1. The hearing date for the Motion for Summary Judgment will be postponed and rescheduled to August 16, 2013, or as soon thereafter as the Court may hear the Motion; and

2. The parties request that if the Court does not grant the Motion for Summary Judgment in its entirety, the Court schedule a case management conference ten days after the Court issues its order(s) on the Motion for Summary Judgment, or at a date thereafter as the Court selects, for the purpose of setting a trial date and pre-trial deadlines.

Dated: June 20, 2013                                    SIEGEL& YEE

                                                        By: /s/Peter Haberfeld

                                                        Attorneys for Plaintiff
                                                        JESSE BLOUNT III


Dated: June 20, 2013                                    MORGAN LEWIS & BOCKIUS LLP

                                                        By: /s/Daryl S. Landy

                                                        Attorneys for Defendants
                                                        MORGAN STANLEY SMITH BARNEY
                                                        LLC and JIM NIELSEN

---

Stipulation and [Proposed] Order re: Dispositive Motion Hearing Date (Civ. L. R. 6-2)
*Blount et al. v. MSSB et al.* (Case No. C11-02227-JCRB (DMR)        4

**ORDER**

IT IS HEREBY ORDERED THAT Good Cause appearing, the parties' Stipulation regarding the scheduling of the hearing date of Defendants' Motion for Summary Judgment and the case management conference is GRANTED as follows:

1. The hearing date for Defendants' Motion for Summary Judgment is August 16, 2013, or as soon thereafter as the Court may hear the Motion.
2. If the Court does not grant the Motion for Summary Judgment in its entirety, it will schedule a case management conference ten days after the Court issues its order(s) on the Motion for Summary Judgment, or at a date thereafter as the Court selects, for the purpose of setting a trial date and pre-trial deadlines.

Dated: June 28, 2013



_____
Hon. _____
United States District Judge