UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLOUNT III,<br><br>         Plaintiff,<br><br>   v.<br><br>MORGAN STANLEY SMITH BARNEY LLC and JIM NIELSEN, as an individual,<br><br>         Defendants. | Case No. C-11-02227 CRB<br><br>**ORDER GRANTING DEFENDANTS MORGAN STANLEY SMITH BARNEY LLC AND JIM NIELSEN'S NOTICE OF WITHDRAWAL OF COUNSEL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROPOSED ORDER GRANTING DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. C-11-02227 CRB

EU1/ 51746818.1

The Court, having considered the motion to withdraw L. Julius Turman and Jennifer Ann Lockhart as counsel of record for Defendants, and all papers filed in connection therewith, and good cause appearing, hereby orders:

The Motion to Withdrawal of L. Julius Turman and Jennifer Ann Lockhart as counsel of record for Defendants is **GRANTED**.  The Clerk will change the docket sheet and other court records so as to reflect that all orders and communications from the Court will no longer be directed to L. Julius Turman or Jennifer Ann Lockhart.

**IT IS SO ORDERED.**

Dated:  September 9, 2013



The H[onorable]
United [States District Judge]

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EU1/ 51746818.1

1

PROPOSED ORDER GRANTING
DEFENDANTS' NOTICE OF WITHDRAWAL
OF COUNSEL
CASE NO. C-11-02227 CRB