1  DARYL S. LANDY, SBN 136288
2  SACHA M. STEENHOEK, SBN 253743
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, California  94105-1126
4  Telephone:    415.442.1000
   Facsimile:    415.442.1001
5
6  MARK S. DICHTER, Admitted *Pro Hac Vice*
   MORGAN, LEWIS & BOCKIUS LLP
7  1701 Market Street
   Philadelphia, Pennsylvania  19103
8  Telephone:    215.963.5000
   Facsimile:    215.963.5001
9  Attorneys for Defendants
   MORGAN STANLEY SMITH BARNEY LLC
   and JIM NIELSEN
10
11 [Additional counsel, next page]

12

13          **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14

15

16 JESSE BLOUNT III                    )  Case No. C11-02227-CRB (DMR)
                                       )
17              Plaintiff,             )  **STIPULATION REQUESTING ORDER**
                                       )  **TO CHANGE DISPOSITIVE MOTION**
18 vs.                                 )  **HEARING DATE; ATTACHED**
                                       )  **DECLARATION OF DEFENDANTS'**
19 MORGAN STANLEY SMITH BARNEY         )  **COUNSEL IN SUPPORT THEREOF, AND**
   LLC., and JIM NIELSEN, as an individual, )  **ORDER**
20                                     )
                                       )
21              Defendants.            )   **Civ. L.R. 6-2**
   _____    )
22                                     )  Hon. Judge Charles R. Breyer
23

24

25

26

27

28

DAN SIEGEL, SBN 56400
PETER HABERFELD, SBN 041723
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA  94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
JESSE BLOUNT III

**STIPULATION**

WHEREAS, on March 22, 2013, Defendants filed a Notice of Motion and Motion for Summary Judgment and scheduled a hearing on the Motion for April 26, 2013;

WHEREAS, on March 28, 2013, the parties filed a stipulation to extend Plaintiff's time to oppose Defendants' Motion and to change the date of the hearing on the Motion to June 21, 2013;

WHEREAS, on June 19, 2013, this Court continued the Motion hearing and rescheduled it to July 19, 2013;

WHEREAS, Plaintiff's counsel was not available for hearing on July 19, 2013, and as a result the Parties stipulated to continue the motion hearing to August 16, 2013;

WHEREAS, on August 14, 2013, this Court continued the Motion hearing and rescheduled it to September 6, 2013;

WHEREAS, on September 4, 2013, this Court continued the Motion hearing and rescheduled it to September 27, 2013;

WHEREAS, Defendants' counsel Daryl Landy declares in the attached Declaration that Morgan Stanley Smith Barney's company representative will be out of the State on September 27, 2013 and unavailable to attend the hearing on that date; and

WHEREAS, the parties have mutually agreed that the next date on which both the parties and the Court are available is Friday, October 11, 2013.

**THEREFORE, IT IS HEREBY STIPULATED,** by and between the parties through their respective attorneys of record, that the following schedule be set:

1.    The hearing date for the Motion for Summary Judgment will be postponed and rescheduled to October 11, 2013, or as soon thereafter as the Court may hear the Motion; and

2.    The parties request that if the Court does not grant the Motion for Summary Judgment in its entirety, the Court schedule a case management conference ten days after the Court issues its order(s) on the Motion for Summary Judgment, or at a date thereafter as the Court selects, for the purpose of setting a trial date and pre-trial deadlines.

Dated: September 16, 2013                    MORGAN LEWIS & BOCKIUS LLP

By: /s/Daryl S. Landy

Attorneys for Defendants
MORGAN STANLEY SMITH BARNEY
LLC and JIM NIELSEN

Dated: September 16, 2013                    SIEGEL& YEE

By: /s/Dan Siegel
*as approved September 16, 2013*
Attorneys for Plaintiff
JESSE BLOUNT III

## ORDER

IT IS HEREBY ORDERED THAT Good Cause appearing, the parties' Stipulation regarding the scheduling of the hearing date of Defendants' Motion for Summary Judgment and the case management conference is GRANTED as follows:

1.    The hearing date for Defendants' Motion for Summary Judgment is continued to October 11, 2013.

2.    If the Court does not grant the Motion for Summary Judgment in its entirety, it will schedule a case management conference ten days after the Court issues its order(s) on the Motion for Summary Judgment, or at a date thereafter as the Court selects, for the purpose of setting a trial date and pre-trial deadlines.

Dated: September  16, 2013



Hon. Charl
Unite