IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLOUNT III, | No. CV 11-02227 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MORGAN STANLEY SMITH BARNEY LLC, and JIM NIELSEN, as an individual, | |
| Defendants. | |

For the reasons stated in its Order Granting Defendants' Motion for Summary Judgment docketed this same day, the Court enters judgment for Defendants.

**IT IS SO ORDERED.**

Dated: October 17, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE