IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLOUNT III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN STANLEY SMITH BARNEY LLC, and JIM NIELSEN, as an individual,<br><br>　　　　Defendants._____/ | No. CV 11-02227 CRB<br><br>**JUDGMENT** |

　　　For the reasons stated in its Order Granting Defendants' Motion for Summary Judgment docketed this same day, the Court enters judgment for Defendants.

　　　**IT IS SO ORDERED.**

Dated: October 17, 2013　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE