DARYL S. LANDY, SBN 136288
SACHA M. STEENHOEK, SBN 253743
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone:  415.442.1000
Facsimile:  415.442.1001

MARK S. DICHTER, Admitted *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone:  215.963.5000
Facsimile:  215.963.5001

Attorneys for Defendants
MORGAN STANLEY SMITH BARNEY LLC
and JIM NIELSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLOUNT III,<br><br>           Plaintiff,<br><br>      v.<br><br>MORGAN STANLEY SMITH BARNEY LLC and JIM NIELSEN, as an individual,<br><br>           Defendants. | Case No. C-11-02227 CRB<br><br>**DEFENDANTS MORGAN STANLEY SMITH BARNEY LLC AND JIM NIELSEN'S NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**<br><br>L.R. 54-1; 54-3 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

i    DEFENDANTS' NOTICE TO TAX COSTS
CASE NO. C-11-02227 CRB

EU1/ 51967751.1

**TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants MORGAN STANLEY SMITH BARNEY LLC and JIM NIELSEN ("Defendants") hereby apply to the Court for an Order to Tax Costs in the amount of $33,752.33.  This application is being made pursuant to the Court's Order (Dkt. 145) and Judgment (Dkt. 146), dated October 17, 2013, regarding Defendants' Motion for Summary Judgment (Dkt. 82).  True and correct copies of the Order and Judgment are attached hereto as Exhibit A.  A proposed Bill of Costs is attached hereto as Exhibit B.  Supporting itemized documentation for requested costs is attached hereto as Exhibit C.

Dated: October 31, 2013

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Sacha M. Steenhoek
MARK S. DICHTER (*Pro Hac Vice*)
DARYL S. LANDY
SACHA M. STEENHOEK

Attorneys for Defendants
MORGAN STANLEY SMITH BARNEY LLC and JIM NIELSEN

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFENDANTS' NOTICE TO TAX COSTS
CASE NO. C-11-02227 CRB

EU1/ 51967751.1